UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In the Matter of:
CHELSEA GLASS, INC.                           Case No. 08-49099 SW
                                              Chapter 7
                                              HON. WALTER SHAPERO.DETROIT

_____Debtor(s)._____/

## NOTICE OF UNCLAIMED DIVIDENDS

**TO: CLERK OF THE COURT**

The attached checks represent the total sum of unclaimed dividends in this estate and is paid to the Court pursuant to 11 U.S.C. Section 347(a). The name(s) and address(es) of the party(ies) entitled to these unclaimed dividends is (are) as follows:

| Creditor Name | Claim No. | Dividend |
|---|---|---|
| Alvan Motor Freight<br>3600 Alvan Road<br>Kalamazoo, MI 49001 | 2 | $9.88 |
| | **TOTAL** | **$9.88** |

Dated: September 2, 2009                      /s/ Timothy J. Miller
                                              Timothy J. Miller, Trustee (P36951)
                                              645 Griswold, Ste. 3900
                                              Detroit, MI 48226
                                              (313) 237-0850
                                              tmiller@schneidermiller.com